NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICON HEALTH & FITNESS, INC., A DELAWARE CORPORATION,**
*Plaintiff-Appellant*

**v.**

**POLAR ELECTRO OY, A FINNISH COMPANY, POLAR ELECTRO INC., A DELAWARE CORPORATION,**
*Defendants-Appellees*

---

2017-1886

---

Appeal from the United States District Court for the District of Utah in No. 1:11-cv-00167-BSJ, Senior Judge Bruce S. Jenkins.

---

**JUDGMENT**

---

TYSON K. HOTTINGER, Maschoff Brennan Laycock Gilmore Israelsen & Wright, Irvine, CA, argued for plaintiff-appellant. Also represented by LARRY R. LAYCOCK, DAVID R. WRIGHT, Salt Lake City, UT.

ANTHONY J. FUGA, Holland & Knight, LLP, Chicago, IL, argued for defendants-appellees. Also represented by JOHN P. MORAN, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  April 4, 2018  | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |